

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2022

No. 04-22-00096-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding

**ORDER**

Following a status hearing on December 15, 2021, the trial court signed a "Progress Report Order" (the January 4 order) providing, inter alia, that the caseload of a named caseworker for relator Texas Department of Family and Protective Services "will have 8 cases transferred to another caseworker(s) until the next setting." After another status hearing on January 18, 2022, the trial court signed a second "Progress Report Order" (the January 21 order) providing, inter alia, "The order restricting the limit on the caseworker's caseload is renewed and extended until the next setting."

On February 17, 2022, relator filed a petition for writ of mandamus and a motion for temporary emergency relief complaining of the January 4 order and the January 21 order. In its motion for emergency relief, relator argues the above-described provisions of the January 4 order and the January 21 order "effectively require the Department to give the trial court administration over agency functions for the next two months, and potentially the duration of this case." Relator requests a stay of those provisions, "any similar orders that implicate the administration of Department personnel or duties," and "any contempt proceedings, sanctions, or incarceration that may arise from these [orders] or similar orders, until this Court can address the underlying issues in" relator's petition for writ of mandamus.

We GRANT the motion for temporary emergency relief as follows:

1. The following paragraph in the January 4 order is STAYED pending further order of this court:

   Caseworker Allison Boroda's caseload will have 8 cases transferred to another caseworker(s) until the next setting.

2. The following paragraph in the January 21 order is STAYED pending further orders of this court:

   The order restricting the limit on the caseworker's caseload is renewed and extended until the next setting.

3. Any further proceedings, including but not limited to the rendition or creation of new or revised orders, regarding the caseload of Department caseworkers or any similar orders that implicate the administration of Department personnel or duties, are STAYED pending further order of this court.

4. Any contempt proceedings, sanctions, or incarceration of Department representatives arising from the underlying suit and any orders to incarcerate Department representatives arising from contempt proceedings in the underlying suit are STAYED pending further order of this court.

It is so **ORDERED** on February 18, 2022.

PER CURIAM

ATTESTED TO: _____

MICHAEL A. CRUZ, Clerk of Court